IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRAYAN JOSUE RODRIGUEZ-PEREZ,<br><br>　　　　Defendant. | Case No. 1:25-cr-114<br><br>**UNITED STATES' MOTION TO DISMISS INDICTMENT** |

　　The United States of America, by Jennifer Klemetsrud Puhl, Acting United States Attorney for the District of North Dakota, and Alexander J. Stock, Assistant United States Attorney, moves to dismiss the Indictment in this case because Defendant was removed to Honduras on or about June 4, 2025, via airplane. The United States has consulted with Defendant's Attorney who has no objection to this motion.

　　Dated: June 4, 2025.

　　　　　　　　　　　　　　　　　　JENNIFER KLEMETSRUD PUHL
　　　　　　　　　　　　　　　　　　Acting United States Attorney


　　　　　　　　　　　By:　　*/s/ Alexander J. Stock*
　　　　　　　　　　　　　　　ALEXANDER J. STOCK
　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　ND Bar ID 07979
　　　　　　　　　　　　　　　655 First Avenue North, Suite 250
　　　　　　　　　　　　　　　Fargo, ND  58102-4932
　　　　　　　　　　　　　　　(701) 297-7400
　　　　　　　　　　　　　　　alexander.stock@usdoj.gov
　　　　　　　　　　　　　　　Attorney for United States